**FILED**

05/06/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0045

CASE NO. DA-21-0045

## IN THE SUPREME COURT OF THE STATE OF MONTANA

KEVIN GRANTIER and LAURI
GRANTIER,

    Plaintiffs and Appellants,

-vs-

LOYAL BABB and LAVONNE BABB,

    Defendants and Appellees.

ORDER OF DISMISSAL
WITH PREJUDICE

Pursuant to the Stipulation and Settlement Agreement entered into by the parties, and good cause appearing, it is hereby,

ORDERED that this action is hereby dismissed with prejudice as to all appeal and cross-appeal issues, and that the parties shall file a stipulation of dismissal with prejudice of all claims and cross claims, and a Satisfaction of Judgment, in the underlying District Court action, DDV 2017-575.

DATED this _____ day of _____, 2021.

CLERK OF THE SUPREME COURT

_____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 6 2021